THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Patrick M.
 Ivery, Appellant.
 
 
 

Appeal From Pickens County
  G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-446
 Submitted August 1, 2008  Filed August 7,
2008    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Celia Robinson, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Patrick Ivery appeals
 the revocation of his probation, arguing the trial court committed an abuse of
 discretion by revoking his probation.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Iverys appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
 KONDUROS, J., CURETON, A.J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.